IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02533-WYD
Criminal Case No. 07-cr-00185-WYD

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

4.      CHARLES CASTANEDA,

    Defendant-Movant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Wiley Y. Daniel, the following Judgment is hereby entered:

It is ORDERED that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, filed December 28, 2010, is DENIED.

It is FURTHER ORDERED that the instant civil action is dismissed.

Dated at Denver, Colorado this   2nd   day of September, 2011.

                                FOR THE COURT:

                                GREGORY C. LANGHAM, CLERK

                                By:  s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk